NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition
is not citable as precedent.  It is a public record.

# United States Court of Appeals for the Federal Circuit

## E R R A T A

December 29, 2005

Appeal No. 05-3226, Kemp v. DVA

Non-Precedential Opinion

Decided November 10, 2005

Page 5, line 23 to page 6, line 1, delete the sentence "However, there is . . . incomplete."

Page 6, line 1, change, "Furthermore, we" to —We—.